Peter R. SHERMAN, Petitioner,

v.

DEPARTMENT OF TREASURY,
Respondent.

No. 04–3027.

United States Court of Appeals,
Federal Circuit.

May 25, 2004.

ON MOTION

Richard S. Ewing, Principal Attorney, Mark A. Melnick, Of Counsel, David M. Cohen, Of Counsel, Department of Justice, Washington, DC, for Respondent.

Peter R. Sherman, Of Counsel, San Jose, CA, for Petitioner.

*ORDER*

Upon consideration of Peter R. Sherman's motion for reconsideration of this court's order dismissing his petition for review for failure to file a brief, an informal brief having now been received,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, the dismissal order is vacated, and the petition is reinstated. The Department of Treasury should compute the due date for its brief from the date of filing of this order.

Ronald E. BROWN, Sr.,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5081.

United States Court of Appeals,
Federal Circuit.

May 26, 2004.

Ronald E. Brown, Sr., Deltona, FL, pro se.

Carolyn J. Craig, Principal Attorney, Kathryn A. Bleecker, Of Counsel, David M. Cohen, Of Counsel, Department of Justice, Washington, DC, for Defendant–Appellee.

ORDER

Appellant having paid the initial filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the notice of appeal is RE-INSTATED.

Appellant's brief is due within 21 days from the date of of this order.